## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

PEGGY WALKER,

                Plaintiff,

vs.

                Case No. 09-CV-2553 CM/JPO

MICHAEL W. HASSENPLUG and
FIRST INDEPENDENCE CORPORATION, and
FIRST FEDERAL SAVINGS & LOAN,

                Defendants.

## NOTICE OF REMOVAL

Defendant, Michael W. Hassenplug, submits this notice of his removal of this action from the Eleventh Judicial District, the District Court of Crawford County, at Pittsburg, Kansas, to the United States District Court for the District of Kansas pursuant to 28 U.S.C. §§ 1441, 1446 and D.Kan. Rule 81.1.  In support of this notice, defendant states as follows:

1.    This matter was filed in the District Court of Crawford County, at Pittsburg, Kansas' Eleventh Judicial District, on or about September 24, 2009, and is now pending.

2.    A summons and a copy of the petition was served upon the defendant Hassenplug on September 28, 2009.

3.    A summons and a copy of the petition was served upon the defendants First Independence Corporation and First Federal Savings & Loan on September 28, 2009.

T0383998 WPD

4.     This notice of removal is filed within 30 days of the date of service upon any defendant. Thus, thirty days have not yet expired since service of summons upon any defendant and the action became removable to this court.

5.     All defendants have consented to this removal.

6.     The transactions or occurrences giving rise to plaintiff's purported causes of action are alleged to have occurred in Crawford County, Kansas. Plaintiff's Petition in state district court asserts that the defendants violated the Fair Debt collection Practices Act 15 U.S.C. 1692 *et al.*

7.     The federal court has original jurisdiction over all civil actions arising under the constitution, laws, or treaties of the United States. 28 U.S.C. § 1331. Removal of actions falling within the original jurisdiction of the federal courts is therefore appropriate under 28 U.S.C. § 1441(a).

8.     A copy, of the process, pleadings and orders served upon defendants are attached as Appendix A.

9.     A copy of the written notice served upon adverse parties this date and which will be filed in state court is attached hereto as Appendix B.

s/ Terelle A. Mock
J. Steven Pigg           #09213
Terelle A. Mock          #21465
Attorneys for Defendant Hassenplug
FISHER, PATTERSON, SAYLER & SMITH, L.L.P.
3550 S.W. 5th Street, P. O. Box 949
Topeka, KS  66601-0949
Phone number:  (785) 232-7761
Fax number:  (785) 232-6604
Attorneys' E-mail address:     spigg@fisherpatterson.com;
                               tmock@fisherpatterson.com

T0383998.WPD

## CERTIFICATE OF SERVICE

In accordance with D.Kan. Rule 81.1(c), the undersigned hereby certifies that on the 27th day of October, 2009, a copy of the foregoing Notice of Removal was served upon all adverse parties by depositing the same in the United States mail, postage prepaid to:

John G. Mazurek
THE MAZUREK LAW OFICE, LLC
302 East 4th Street, Suite A
P. O. Box 1988
Pittsburg, KS  66762
E-mail:  JGMazurek@mmmllc.kscoxmail.com
**Attorney for Plaintiff**

Jeffrey A. Chubb
SCOVEL, EMERT, HEASTY, CHUBB &   GETTLER
304 North Sixth, P. O. Box 747
Independence KS  67301-0747
E-mail:  jchubb@sehc-law.com
**Attorney for Defendants First Federal Savings &
Loan and First Independence Corporation**

and a copy forwarded to the Crawford County District Court addressed to:

Pamela Hicks
DISTRICT COURT OF CRAWFORD COUNTY
602 North Locust Street
Pittsburg, Kansas  66762
**Clerk of the District Court**

s/ Terelle A. Mock
J. Steven Pigg                    #09213
Attorneys for Defendant Hassenplug
FISHER, PATTERSON, SAYLER & SMITH, L.L.P.
3550 S.W. 5th Street
P. O. Box 949
Topeka, KS  66601-0949
Phone number:  (785) 232-7761
Fax number:  (785) 232-6604
Attorneys' E-mail address:   spigg@fisherpatterson.com;
                             tmock@fisherpatterson.com

# A P P E N D I X   A

FILED

'09  SEP 24  AM 10:18

CLERK OF DIST. COURT
CRAWFORD COUNTY
BY_____

John G. Mazurek #15302
The Mazurek Law Office, L.L.C.
302 E. 4th, Ste. A
P.O. Box 1988
Pittsburg, Kansas 66762
Phone: (620)231-6030
FAX: (620)231-1420
Email: JGMazurek@mmmllc.kscoxmail.com

## IN THE DISTRICT COURT OF CRAWFORD COUNTY, KANSAS
### at Pittsburg

PEGGY WALKER,                                  )
                           Plaintiff,          )
                                               )
        vs.                                    ) Case No. 09CV213?
                                               )
MICHAEL W. HASSENPLUG and                      )
FIRST INDEPENDENCE CORPORATION and             )
FIRST FEDERAL SAVINGS & LOAN,                  )
                                               )
                           Defendants.         )

## PETITION FOR DAMAGES

Peggy Walker, for her petition for damages against the defendants, Michael W.

Hassenplug and First Federal Savings & Loan, states and alleges as follows:

1. The Plaintiff is an individual who lives in Crawford County, Kansas with a residential

address of 111 Homestead, Frontenac, KS 66763.

2. Defendant Michael W. Hassenplug is an individual and may be served with the

Summons and Petition at his place of business located at 114 W. Eighth, Coffeyville, KS 67337.

3. Defendant First Federal Savings & Loan, is a federally charted stock savings and loan

association headquartered in Independence, Kansas, and is owned by First Independence

Corporation, a Delaware corporation authorized to transact business in Kansas. Defendants First

Federal Savings & Loan and First Independence Corporation may be served with the Summons

and Petition by serving their registered agent, Larry G. Spencer, at Myrtle and 6th Streets, Independence, Kansas.

4. Defendant Michael W. Hassenplug is a "debt collector" as defined by the Fair Debt Collection Practices Act, 15 U.S.C. 1692.

5. Defendant Michael W. Hassenplug was, at all times relevant to this Petition, the attorney for Defendants First Federal Savings & Loan and First Independence Corporation (hereinafter collectively referred to as Defendants First Federal).

6. Defendant Michael W. Hassenplug, as the attorney and debt collector for defendants First Federal, on or about February 28, 2007, filed a cause of action against the plaintiff, Peggy Walker, and her husband Jeff Walker, in Crawford County, Kansas, Case No. 07 LM 81 P.

7. That on or about February 28, 2007, the defendants obtained a judgment against Peggy and Jeff Walker in the amount of $650.56, said judgment being "filed" stamped March 21, 2007.

8. That on or about September 5, 2007, the defendants caused a Contempt Citation to be issued against plaintiff Peggy Walker commanding her to appear at the Crawford County District Court on October 8, 2007 at 2:00 p.m.

9. That on October 8, 2007, plaintiff Peggy Walker timely appeared at the courthouse but the doors to the courthouse were locked.

10. That October 8, 2007, was a legal holiday and the courthouse was closed.

11. That defendant Michael W. Hassenplug failed to appear for the debtor exam/contempt citation on October 8, 2007.

12. That the plaintiff subsequently retained attorney Bill Wachter to represent her in this matter.

2

13. That attorney Bill Wachter advised defendant Michael Hassenplug that he was representing the plaintiff, Peggy and Jeffrey Walker. Over the course of several months, there were communications, both written and oral, between attorney Bill Wachter and defendant Michael Hassenplug including several checks representing payment on the judgment from the Wilbert & Towner Trust Account.

14. Defendant Michael Hassenplug knew, or should have known, that Bill Wacther was the attorney for Peggy and Jeffrey Walker.

15. That Defendant Michael Hassenplug, on behalf of his clients, sometime during the month of October, 2008, sent a letter to Peggy Walker advising her that a Bench Warrant had been issued for her failure to appear on the contempt citation for October 8, 2007. Exhibit 1.

16. Defendant Michael Hassenplug sent this letter directly to Peggy Walker in violation of her attorney-client relationship with Bill Wachter and in violation of the Fair Debt Collection Practices Act.

17. That on or about November 8, 2008, the defendants caused a Bench Warrant to be served on plaintiff Peggy Walker. The Bench Warrant, attached hereto as Exhibit 2, states that is was issued for "indirect contempt of Court for falling to appear on October 8, 2007." This is the same day that the courthouse was legally closed.

18. Plaintiff Peggy Walker was arrested on or about November 8, 2008, and posted a $539.79 cash bond. Exhibit 3.

19. The cash bond was posted by her husband, Jeffrey Walker, who removed all of the money from the cash register of their store. As a result of the removal of these funds, the daily deposit could not be made and several checks bounced causing financial hardship to the plaintiff.

3

19.  Defendant Michael W. Hassenplug sent a letter to Peggy Walker on November 10, 2008.  Exhibit 4.

20.  Defendant Michael Hassenplug sent this letter directly to Peggy Walker in violation of her attorney-client relationship with Bill Wachter and in violation of the Fair Debt Collection Practices Act.

21.  Defendant Michael W. Hassenplug sent a Motion and Order Applying Bond to Judgment to Peggy Walker on or about December 8, 2008.  Exhibit 5.

22.  Defendant Michael Hassenplug sent this Motion and Order  directly to Peggy Walker in violation of her attorney-client relationship with Bill Wachter and in violation of the Fair Debt Collection Practices Act.

23.  Defendant Michael Hassenplug violated the Fair Debt Collection Practices Act by engaging in the following acts:

> A)  Communicating directly with the customer/consumer when he knew or should have known that she was represented by counsel (15 U.S.C. 1692c);
>
> B)  Engaging in conduct the natural consequence of which is to harass, oppress or abuse the plaintiff in collection of a debt by scheduling a contempt citation on a date the courthouse was legally closed, failing himself to appear for the hearing, having a bench warrant issued for her arrest for failing to appear at the hearing, having the plaintiff arrested for failing to appear at the hearing, and corresponding with the plaintiff despite knowledge of attorney representation (15 U.S.C. 1692d);
>
> C)  Engaging in false, deceptive or misleading representations to both the plaintiff and the Court by scheduling a contempt citation on a date the courthouse was legally closed, failing himself to appear for the hearing, having a bench warrant

4

issued for her arrest for failing to appear at the hearing, having the plaintiff
arrested for failing to appear at the hearing (15 U.S.C. 1692e);

D)  Engaging in unfair and unconscionable means to collect or attempt to collect a
debt by scheduling a contempt citation on a date the courthouse was legally
closed, failing himself to appear for the hearing, having a bench warrant issued
for her arrest for failing to appear at the hearing, having the plaintiff arrested for
failing to appear at the hearing (15 U.S.C. 1692e).

24.  Defendant Michael Hassenplug, for his violation(s) of the Fair Debt Collection
Practices Act, is liable to the plaintiff for damages including attorney fees and a $1,000 civil
penalty.  15  U.S.C. 1692k.

25.  The defendants, Michael Hassenplug, First Federal Savings & Loan and First
Independence Corporation restrained the personal freedom of Peggy Walker without legal
excuse by words or acts and are liable to the plaintiff for false arrest or false imprisonment.

26.  The defendants, Michael Hassenplug, First Federal Savings & Loan and First
Independence Corporation, by extreme and outrageous conduct intentionally or recklessly caused
severe emotional distress to plaintiff Peggy Walker and is liable to the plaintiff for outrageous
conduct causing severe emotional distress.

27.  The defendants, Michael Hassenplug, First Federal Savings & Loan and First
Independence Corporation, through illegal, improper or unauthorized use of process, caused the
plaintiff to be arrested when they knew or should have known that the arrest was illegal,
improper or unauthorized and are liable to the plaintiff for the tort of Abuse of Process.

28.  The defendants were negligent in their attempts to collect this debt and as a result of
their negligence the plaintiff was wrongfully arrested.

29.  As a result of the negligent acts and omissions of the defendants, the plaintiff was damaged.

30.  The damages sustained by the plaintiff were caused by the negligent acts and omissions of the defendants.

WHEREFORE, the plaintiff prays for judgment against the defendant Michael W. Hassenplug for violation of the Fair Debt Collection Practices Act for her actual damages, for a civil penalty in the amount of $1,000, and for her attorney fees and expenses; the plaintiff further prays for judgment against defendants, Michael Hassenplug, First Federal Savings & Loan and First Independence Corporation, in the sum of $50,000.00 in compensatory damages, statutory interest, court costs, and such other and further relief as the court deems just, fair and equitable.

John G. Mazurek            15302
The Mazurek Law Office, L.L.C.
302 E. 4th St., Ste. A
P.O. Box 1988
Pittsburg, KS 66762
(620) 231-6030
Fax: (620) 231-1420
Email: jgmazurek@mmmllc.kscoxmail.com
Attorneys for Plaintiff

6

LAW OFFICES OF MICHAEL W. HASSENPLUG

114 WEST 8TH STREET, P.O. BOX 1177
COFFEYVILLE, KANSAS 67337
TELEPHONE: (620) 251-8300
FAX: (620) 251-8382

October     , 2008

PEGGY WALKER
302 NORTH CAYUGA
FRONTENAC KS   66763

RE: Your account with FIRST FEDERAL SAVINGS & LOAN
    Our file no: 06-32001
    Case no. 07 LM 81 P

Dear Peggy Walker:

This letter is to inform you that a bench warrant for your arrest has been submitted to the court for your earlier failures to appear in Court as ordered.

After it is issued, the warrant will remain outstanding until you appear in Court on a regularly scheduled court date to answer for the Contempt of Court Citation, or in the alternative pay the balance in full to my office. The balance on the judgment as of the date of this letter is $539.74.

If you pay the balance of the judgment in full, please be aware that since bench warrants are issued by the judge, they can only be recalled by the Judge signing the Recall Order. That cannot happen until the Judge is in the particular court that the Bench Warrant was issued from, which may be several days after your payment in full is received. During this time, the warrant remains outstanding and you could still be subject to arrest during this period.

This is an attempt to collect a debt and any information obtained will be used for that purpose, and this is from a debt collector.

Sincerely,

**ORIGINAL SIGNED BY**
MICHAEL W. HASSENPLUG

MICHAEL W. HASSENPLUG
MWH:dra

cc: Clerk of the District Court

Exhibit 1

File no: 06-32001

IN THE DISTRICT COURT OF CRAWFORD COUNTY, KANSAS

| | |
|---|---|
| FIRST FEDERAL SAVINGS & LOAN | )Plaintiff(s) |
| | ) |
| vs. | )Case No. 07 LM 81 P |
| | ) |
| PEGGY WALKER | )Defendant(s). |

<u>BENCH WARRANT</u>

TO ALL LAW ENFORCEMENT OFFICERS:

WHEREAS, under the Order of the Court heretofore made in the above entitled cause, the said Defendant, PEGGY WALKER, was found to be in indirect contempt of Court for failing to appear on October 8, 2007, as per the Court's Order.

WHEREAS, the Defendant, having not appeared as Ordered, a Bench Warrant has been Ordered issued, directing the arrest of Defendant, and being brought to Court.

NOW, THEREFORE, YOU ARE HEREBY COMMANDED forthwith to arrest Defendant, PEGGY WALKER, and bring him/her before the Judge of the District court, Crawford County, Pittsburg, Kansas, and make due return of the writ. Identifiers are as follows:

PEGGY WALKER                      SS# xxx-xx-7426
302 NORTH CAYUGA                  DOB: 09/27/1970
FRONTENAC KS  66763               BALANCE DUE: $539.74

Defendant may be released upon the posting of a cash bond to secure his/her appearance before the Court on a date certain. Before Defendant is released, the sheriff shall contact the Judge's Administrative Assistant at (620) 231-3570, to get a date and time for Defendant to appear before this Court, and then the Sheriff shall give the Defendant this date and time in writing. Should the Sheriff be unable to contact the Judge's Administrative Assistant, and the Defendant is able to post bond, the Sheriff shall direct

Exhibit 2

File no: 06-32001
Case no: 07 LM 81 P
FIRST FEDERAL SAVINGS & LOAN

the Defendant to appear before the Honorable District Court Judge at the Judicial Center, 602 N. Locust, Pittsburg, Kansas, on the following Monday at 10:00 a.m.  the Sheriff shall inform, Michael W. Hassenplug, attorney for the Plaintiff, of the Defendant's arrest and, if he/she posts bond, of the date and time Defendant was directed to appear in Court.

JUDGE _____  BOND SET AT $39 7/ CASH ONLY

## SHERIFF'S RETURN

STATE OF KANSAS

COUNTY OF CRAWFORD, SS:

Received this foregoing Bench Warrant on this _____ day of _____, 2008 and served the same by personally delivering a copy thereof to PEGGY WALKER, within said county and state on the _____ day of _____, 2008.

Certificate of Clerk of the District Court for Crawford County. The above instrument is a correct copy which is on file or on record in this court.

Done this _____ day of _____, 20___

Clerk _____ by _____ Deputy

SHERIFF OF CRAWFORD COUNTY

By: _____
        Deputy

# APPEARANCE BOND

CASE # _07 LM 81P_

STATE OF KANSAS, CRAWFORD CO vs _Walker, Peggy_

IN THE DISTRICT COURT OF CRAWFORD COUNTY, KANSAS

___Walker, Peggy___, the accused person, shall personally appear before the District Court in _Pittsburg_, Kansas, on the _10th_ day of _November_, _2008_, at _10:00_ o'clock _A_.m.

The condition of the bond is that the above person shall personally appear before the Court, as ordered by the Judge thereof, to answer to the charge(s) and bond listed below, and shall continue to appear before said Court as requested and not depart the Court without leave, then this Bond to be void otherwise to remain in full force.  The accused is further advised that any attempt to contact the alleged victim is a violation of bond.

_FTA_

Bond Amount: _$ 539.34 Cash_

Bond Type: _Cash Bond_    _receipt #2149_

| | | |
|---|---|---|
| _Timosi_ | _397_ | _11-08-08_ |
| Arresting Officer | Badge # | Date |
| _Peggy Walker_ | | _11-08-08_ |
| Defendant | | Date |
| _111 Homestead_ | | _620 082 0927_ |
| Address | | Phone |
| _Westervelt_ | _864_ | _11-08-08_ |
| Releasing Officer | Badge # | Date |

_Exhibit 3_

Law Offices of Michael W. Hassenplug
114 West 8th Street - PO Box 1177
Coffeyville, Kansas 67337
(620) 251-8300


November 10, 2008


PEGGY WALKER
111 HOMESTEAD
FRONTENAC KS   66763



RE: Your account with FIRST FEDERAL SAVINGS & LOAN
    Our file no.  6-31648


Dear PEGGY WALKER:

Your balance is currently $536.09, including interest and court
costs, if applicable, to date.

This letter is an attempt to collect a debt, and any information
obtained will be used for that purpose, and this is from a debt
collector.

Sincerely,

MICHAEL W. HASSENPLUG

Exhibit 4

FILED

LAW OFFICES OF
MICHAEL W. HASSENPLUG
114 WEST EIGHTH · P.O. BOX 1177
COFFEYVILLE, KS 67337

'08 DEC -1 A10 :51

CLERK OF DIST. COURT
CRAWFORD COUNTY
BY_____

Telephone: (620) 251-8300
File no. 06-32001

## IN THE DISTRICT COURT OF CRAWFORD COUNTY, KANSAS

## SITTING AT PITTSBURG

FIRST FEDERAL SAVINGS & LOAN                    Plaintiff

   vs                                          Case no. 07 LM 81 P

PEGGY WALKER and JEFFREY WALKER                 Defendant

## MOTION AND ORDER APPLYING BOND TO JUDGMENT

NOW ON THIS  11th  day of  NOVEMBER , 2008, the above entitled matter comes on for hearing upon defendant's arrest upon a Bench Warrant. Plaintiff appears by and through its attorney, Michael W. Hassenplug. Defendant PEGGY WALKER appears in person, pro se.

WHEREUPON, a bond in the amount of $539.74 was placed to secure her release from her arrest.

WHEREUPON, attorney for plaintiff makes oral motion to the Court for an order requiring Defendant to apply the bond to the judgment on file herein.

WHEREUPON, defendant makes not objection.

WHEREUPON, the Court finds that plaintiff's motion should be and hereby is sustained.

Exhibit 5

IT IS THEREFORE BY THE COURT CONSIDERED, ORDERED, ADJUDGED AND DECREED that the bond in the amount of $444.32 applied to the judgment on file herein, with the remainder to be applied to the balance due on Account # 06-31648 on file with attorney for Plaintiff, and hereby directs the Clerk of the District court to deliver same to attorney for Plaintiff forthwith.

IT IS SO ORDERED.

_____JUDGE

SUBMITTED BY:

ORIGINAL SIGNED BY
MICHAEL W. HASSENPLUG

_____
MICHAEL W. HASSENPLUG #10748

CERTIFICATE OF MAILING

I hereby certify that on this 8th day of December, 2008, I mailed a copy of the above and foregoing MOTION AND ORDER APPLYING BOND TO JUDGMENT to:

PEGGY WALKER
111 HOMESTEAD
FRONTENAC KS  6763

ORIGINAL SIGNED BY
MICHAEL W. HASSENPLUG

_____
MICHAEL W. HASSENPLUG #10748

IN THE DISTRICT COURT OF CRAWFORD COUNTY, KANSAS

Peggy Walker,                    Plaintiff,           )
                                                      )
Vs.                                                   )  Case No. 09-DM 213      P
                                                      )  Court No.
Michael Hassenplug, et. al.                           )  Chapter No. 60
                                                      )

                                   A. _____  Ch. 60 In-State
                                   B. _____  Ch. 60 Out-State
                                   C.    X      Ch. 60 By Mail
                                   D. _____  Ch. 60 Ins. Comm.
                                   E. _____  Ch. 61 In-State
                                   F. _____  Ch. 61 Out-State
                                   G. _____  Ch. 61 By Mail

SERVE:        Michael W. Hassenplug
              114 W. Eighth
              P.O. Box 1177
              Coffeyville, KS 66763

## SUMMONS

        You are hereby notified that an action has been commenced against you in this court.  You are hereby summoned
and required to file your pleading to the petition with the court and to serve a copy upon **John G. Mazurek,** plaintiff's
attorney, at **P.O. Box 1988, Pittsburg, KS 66762.**

_____  A. within 20 days after service of this summons upon you, exclusive of the day for service.
_____  B. within 30 days after service of summons upon you, exclusive of the day for service.
____X____ C. within 20 days after delivery of registered or certified mail or return receipt signed or refused by you,
          exclusive of the day for service.
_____  D. by _____, 20__ (not less than 40 days from date summons issued.)
_____  E. prior to the court's hearing set for ___ __.m. on the ____ day of _____, 20__, or you must be     present at that
          time.
_____  F. within 30 days after service of summons upon you or appear at _____ _.M., on the ____ day of _____,
          20__.
_____  G. prior to the court's hearing set for _____ _.M., on the ____ day of _____, 20__, or you must be     present
          at that time.

        If you fail to do so, judgment by default will be taken against you for the relief demanded in the petition.  As
provided in subsection (a) of K.S.A.60-213, and amendments thereto, your answer must state as a counterclaim any related
claim which you may have against the petitioner must be stated as a counterclaim in your answer, or you will thereafter be
barred from making such claim in any other action.

                                              CLERK OF THE DISTRICT COURT

Dated: ___9/24/09___                  By _____, Deputy

**TO THE SHERIFF OF** _____ County, Kansas: This summons must be served and your return of service
made promptly; in any event, your return is due no later than __ three day __ five day __ fifteen day
### RETURN OF SERVICE OF SUMMONS
I hereby certify that, subject to the penalty of perjury as provided in KSA 21-3805 and amendments thereto, on the ____ day
of _____, 2006, I served the foregoing summons, together with a copy of the Summons and Petition by delivering to
_____at _____at _____ __.m. in the County of
__, State of _____.
__ Personal Service    __Residential Service    __Residential & 1st Class Mailing        __No Service

                                 _____Sheriff or
                                 Process Server of _____ County, State of ____

FILED

'09 OCT -5 P2:28

CLERK OF DIST. COURT
CRAWFORD COUNTY
BY_____

John G. Mazurek #15302
The Mazurek Law Office, L.L.C.
302 E. 4th, Ste. A
P.O. Box 1988
Pittsburg, Kansas 66762
Phone: (620)231-6030
FAX: (620)231-1420
Email: JGMazurek@mmmllc.kscoxmail.com

## IN THE DISTRICT COURT OF CRAWFORD COUNTY, KANSAS
### at Pittsburg

| | |
|---|---|
| PEGGY WALKER, | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 09 CV 213 P |
| | ) |
| MICHAEL W. HASSENPLUG and | ) |
| FIRST INDEPENDENCE CORPORATION and | ) |
| FIRST FEDERAL SAVINGS & LOAN, | ) |
| | ) |
| Defendants. | ) |

## RETURN ON SERVICE BY CERTIFIED MAIL

I hereby certify that as attorney for the plaintiff I have served the Petition and Summons:

1.  By mailing on the 24th day of September, 2009, by certified mail, return receipt requested, to the within named: Michael Hassenplug, P.O. Box 1177, Coffeyville, KS 67337.

2.  The name and address on the envelope containing the process mailed as certified mail, return receipt requested, was as follows: Michael Hassenplug, P.O. Box 1177, Coffeyville, KS 67337.

3.  Attached hereto is a copy of the return receipt confirming that service was made by certified mail on September 28th, 2009 the following: Michael Hassenplug, P.O. Box 1177, Coffeyville, KS 67337.

4.  That the cost of service of process was $5.71.

1

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *Jackie Bellona*  ☐ Agent  ☐ Addressee<br>B. Received by ( *Printed Name* )  C. Date of Delivery |
| 1. Article Addressed to:<br><br>Michael Hassenplug<br>PO Box 1177<br>Coffeyville, KS<br>67337 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>*[postmark: COFFEYVILLE KS SEP 28 2009 USPS]*<br><br>3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (*Extra Fee*)  ☐ Yes |
| 2. Article Number<br>(*Transfer from service label*) | 7009 0080 0001 9344 7480 |
| PS Form 3811, August 2001 | Domestic Return Receipt  102595-02-M-1540 |

John G. Mazurek        #15302
The Mazurek Law Office, L.L.C.
302 East Fourth Street, Ste. A
P.O. Box 1988
Pittsburg, Kansas 66762
(620) 231-6030
FAX (620)231-1420
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that he mailed on the 5th day of October, 2009, a true and correct copy of the above and foregoing Return of Service of by Certified Mail to Michael Hassenplug, P.O. Box 1177, Coffeyville, KS 67337 and to First Federal Savings & Loan and First Independence Corp., c/o Larry Spencer, Myrtle & 6th, Independence, KS 67307.

John G. Mazurek        #15302
Attorney for Plaintiff

2

FILED

John G. Mazurek #15302
The Mazurek Law Office, L.L.C.
302 E. 4th, Ste. A
P.O. Box 1988
Pittsburg, Kansas 66762
Phone: (620)231-6030
FAX: (620)231-1420
Email: JGMazurek@mmmllc.kscoxmail.com

'09  OCT -5  P 2 :28

CLERK OF DIST. COURT
CRAWFORD COUNTY
BY _____

IN THE DISTRICT COURT OF CRAWFORD COUNTY, KANSAS
at Pittsburg

| | |
|---|---|
| PEGGY WALKER, | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No.  09 CV 213 P |
| | ) |
| MICHAEL W. HASSENPLUG and | ) |
| FIRST INDEPENDENCE CORPORATION and | ) |
| FIRST FEDERAL SAVINGS & LOAN, | ) |
| | ) |
| Defendants. | ) |

## RETURN ON SERVICE BY CERTIFIED MAIL

I hereby certify that as attorney for the plaintiff I have served the Petition and Summons:

1.    By mailing on the 24th day of September, 2009, by certified mail, return receipt requested, to the within named: First Independence Corp., c/o Larry Spender, Myrtle & 6th, Independence, KS 67301.

2.    The name and address on the envelope containing the process mailed as certified mail, return receipt requested, was as follows:  First Independence Corp., c/o Larry Spender, Myrtle & 6th, Independence, KS 67301.

3.    Attached hereto is a copy of the return receipt confirming that service was made by certified mail on September 28th, 2009 the following: First Independence Corp., c/o Larry Spender, Myrtle & 6th, Independence, KS 67301.

4.    That the cost of service of process was $5.71.

1

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
☐ Agent
☐ Addressee

B. Received by (Printed Name)  C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

1. Article Addressed to:

First Independence Corp
c/o Larry Spencer
Myrtle & 6th St.
Independence, KS
67301

3. Service Type
☑ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number
(Transfer from service label)
7009 0080 0001 9344 7473

PS Form 3811, August 2001     Domestic Return Receipt     102595-02-M-1540

John G. Mazurek     #15302
The Mazurek Law Office, L.L.C.
302 East Fourth Street, Ste. A
P.O. Box 1988
Pittsburg, Kansas 66762
(620) 231-6030
FAX (620)231-1420
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that he mailed on the 5th day of October, 2009, a true and correct copy of the above and foregoing Return of Service of by Certified Mail to Michael Hassenplug, P.O. Box 1177, Coffeyville, KS 67337 and to First Federal Savings & Loan and First Independence Corp., c/o Larry Spencer, Myrtle & 6th, Independence, KS 67307.

John G. Mazurek     #15302
Attorney for Plaintiff

2

FILED

'09 OCT -5 P2 :28

CLERK OF DIST. COUR:
CRAWFORD COUNTY
BY_____

John G. Mazurek #15302
The Mazurek Law Office, L.L.C.
302 E. 4th, Ste. A
P.O. Box 1988
Pittsburg, Kansas 66762
Phone: (620)231-6030
FAX: (620)231-1420
Email: JGMazurek@mmmllc.kscoxmail.com

IN THE DISTRICT COURT OF CRAWFORD COUNTY, KANSAS
at Pittsburg

| | |
|---|---|
| PEGGY WALKER, | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No.  09 CV 213 P |
| | ) |
| MICHAEL W. HASSENPLUG and | ) |
| FIRST INDEPENDENCE CORPORATION and | ) |
| FIRST FEDERAL SAVINGS & LOAN, | ) |
| | ) |
| Defendants. | ) |

**RETURN ON SERVICE BY CERTIFIED MAIL**

I hereby certify that as attorney for the plaintiff I have served the Petition and Summons:

1.      By mailing on the 24th day of September, 2009, by certified mail, return receipt requested, to the within named: First Federal Savings & Loan, c/o Larry Spender, Myrtle & 6th, Independence, KS 67301.

2.      The name and address on the envelope containing the process mailed as certified mail, return receipt requested, was as follows:  First Federal Savings & Loan, c/o Larry Spender, Myrtle & 6th, Independence, KS 67301.

3.      Attached hereto is a copy of the return receipt confirming that service was made by certified mail on September 28th, 2009 the following: First Federal Savings & Loan, c/o Larry Spender, Myrtle & 6th, Independence, KS 67301.

4.      That the cost of service of process was $5.71.

1

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Anita Howe_  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name) _Anita Howe_   C. Date of Delivery |
| 1. Article Addressed to:<br><br>First Federal Savings & Loan<br>C/o Larry Spencer<br>Myrtle & 6th St.<br>Independence, KS 67301 | D. Is delivery address different from item 1?  ☐ Yes<br>   If YES, enter delivery address below:  ☐ No<br><br>3. Service Type<br>☑ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number<br>(Transfer from service label)  7009 0080 0001 9344 7466 | |
| PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540 | |

John G. Mazurek      #15302
The Mazurek Law Office, L.L.C.
302 East Fourth Street, Ste. A
P.O. Box 1988
Pittsburg, Kansas 66762
(620) 231-6030
FAX (620)231-1420
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that he mailed on the 5th day of October, 2009, a true and correct copy of the above and foregoing Return of Service of by Certified Mail to Michael Hassenplug, P.O. Box 1177, Coffeyville, KS 67337 and to First Federal Savings & Loan and First Independence Corp., c/o Larry Spencer, Myrtle & 6th, Independence, KS 67307.

John G. Mazurek      #15302
Attorney for Plaintiff

2

IN THE DISTRICT COURT OF CRAWFORD COUNTY, KANSAS
at Pittsburg

PEGGY WALKER,

                              Plaintiff,

vs.                                                    Case No. 09 CV 213 P

MICHAEL W. HASSENPLUG and
FIRST INDEPENDENCE CORPORATION, and
FIRST FEDERAL SAVINGS & LOAN,

                              Defendants.

## ORDER EXTENDING TIME TO PLEAD

Now on this 19th day of October, 2009, the time for the defendant, Michael W. Hassenplug,

to plead to the Petition filed herein is extended for a period of ten (10) days pursuant to Supreme

Court Rule No. 113.


                              _____
                              CLERK OF THE DISTRICT COURT


**FILED BY FAX**
ORDER EXTENDING TIME TO PLEAD; *Walker v. Hassenplug, et al.*; Case No. 09 CV 213 P
J. Steven Pigg, SCN: #09213; Fisher, Patterson, Sayler & Smith, L.L.P.
3550 S.W. 5th Street, P.O. Box 949, Topeka, KS  66601-0949
(785) 232-7761/Office; (785) 232-6604/Fax

T0383981.WPD                           - 1 -

PREPARED BY:

FISHER, PATTERSON, SAYLER & SMITH, LLP
3550 SW 5th Street
P. O. Box 949
Topeka, KS  66601-0949  (913) 232-7761


By: *Terelle Mock*
     J. Steven Pigg     #09213
     Terelle A. Mock   #21465
     Attorneys for Defendant Hassenplug

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 19th day of October, 2009, he/she caused a copy of the foregoing document to be deposited in the United States mail, postage prepaid to the following attorneys of record:

John G. Mazurek, THE MAZUREK LAW OFFICE, LLC, 302 East 4th Street, Suite A, P. O. Box 1988, Pittsburg,  KS   66762

Jeffrey A. Chubb, SCOVEL, EMERT, HEASTY, CHUBB & GETTLER, 304 North Sixth, P. O. Box 747, Independence KS 67301-0747


*Terelle Mock*
J. Steven Pigg
Terelle A. Mock


**FILED BY FAX**
ORDER EXTENDING TIME TO PLEAD; *Walker v. Hassenplug, et al.*; Case No. 09 CV 213 P
J. Steven Pigg, SCN: #09213; Fisher, Patterson, Sayler & Smith, L.L.P.
3550 S.W. 5th Street, P.O. Box 949, Topeka, KS  66601-0949
(785) 232-7761/Office; (785) 232-6604/Fax

T0383981.WPD                          - 2 -



## FACSIMILE TRANSMISSION COVER SHEET
Form for Rule 119(D)(3)

**DATE:**  October 19, 2009

**TO:**  Clerk of the District Court, Crawford County, Kansas Sitting at Pittsburg

FAX NUMBER:  1-620-231-0316

**CASE NUMBER:**    09-CV 213 P

**CAPTION:**    *Peggy Walker v. Michael W. Hassenplug and First Independence Corporation and First Federal Savings & Loan*

**FROM:**    J. Steven Pigg
FISHER, PATTERSON, SAYLER & SMITH, L.L.P.
3550 S.W. 5th Street - P.O. Box 949
Topeka, Kansas  66601-0949

Kansas Supreme Court Registration Number:  09213

Telephone Number:  (785) 232-7761

Fax Number:  (785) 232-6604

Attorney for (Name of Party):  Defendant Michael W. Hassenplug

1.    Please sign and file the following transmitted document entitled:

Order Extending Time to Plead

2.    We are transmitting  2   pages, not including this cover sheet.

# A P P E N D I X   B

IN THE DISTRICT COURT OF CRAWFORD COUNTY, KANSAS
SITTING AT PITTSBURG

PEGGY WALKER,

                              Plaintiff,

vs.                                         Case No. 09 CV 213 P

MICHAEL W. HASSENPLUG and
FIRST INDEPENDENCE CORPORATION, and
FIRST FEDERAL SAVINGS & LOAN,

                              Defendants.

## <u>NOTICE OF REMOVAL</u>

TO:    Pamela Hicks
        CRAWFORD COUNTY DISTRICT COURT at PITTSBURG
        Crawford County Judicial Center
        602 N. Locust
        Pittsburg, Kansas 66762
        **Clerk of the District Court**

        John G. Mazurek,
        THE MAZUREK LAW OFFICE, LLC,
        302 East 4th Street, Suite A, P. O. Box 1988,
        Pittsburg, KS  66762
        **Attorney for Plaintiff**

        Jeffrey A. Chubb
        SCOVEL, EMERT, HEASTY, CHUBB & GETTLER
        304 North Sixth, P. O. Box 747
        Independence KS 67301-0747
        **Attorney for Defendants First Federal Savings and Loan and**
        **First Independence Corporation**

T0383997.WPD

Please take notice that defendant, Michael W. Hassennplug, has on this 27th day of October,

2009, filed his Notice of Removal with appendices, copies of which are attached hereto, in the office

of the Clerk of the United States District Court for the District of Kansas.


FISHER, PATTERSON, SAYLER & SMITH LLP
3550 SW 5th Street
P. O. Box 949
Topeka, KS  66601-0949      (785) 232-7761


By: *Terelle Mock*

J. Steven Pigg          #09213
Terelle A. Mock        #21465
Attorneys for Defendant Hassenplug

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 27th day of October, 2009, she caused a copy of

the foregoing document to be deposited in the United States mail, postage prepaid to the following

attorneys of record:

John G. Mazurek, THE MAZUREK LAW OFFICE, LLC, 302 East 4th Street, Suite
A, P. O. Box 1988, Pittsburg,  KS   66762

Jeffrey A. Chubb, SCOVEL, EMERT, HEASTY, CHUBB & GETTLER, 304 North
Sixth, P. O. Box 747, Independence KS 67301-0747


*Terelle Mock*

Terelle A. Mock

T0383997.WPD                                              -2-